**JESSE S. KAPLAN CSB#103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**PETER VLAD POWER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
-o0O0o-

| | |
|---|---|
| **PETER VLAD POWER,** | No. 2:13-cv-00572-DAD |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S** |
| vs. | **TIME TO FILE REPLY** |
| **Carolyn Colvin,** | |
| **Acting Commissioner of Social Security,** | |
| **Defendant** | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to May 12, 2014.

   This is the first extension for a plaintiff's reply brief.

Dated: May 7, 2014           /s/   Jesse S. Kaplan
                             JESSE S. KAPLAN
                             Attorney for Plaintiff

Dated: May 7, 2014           /s/ per e-mail authorization
                             Cynthia B. De Nardi
                             Special Assistant U.S. Attorney
                             Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: May 9, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\
power0572.stip.eot.ord.docx